UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CURTIS L. SHORE, :
 :
    Plaintiff :
 : No. 3:12-CV-00441
vs. :
 : (Judge Nealon)
CAROLYN W. COLVIN, ACTING :
COMMISSIONER OF SOCIAL :
SECURITY, :
 :
    Defendant :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Curtis L. Shore as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Curtis L. Shore disability insurance benefits is **AFFIRMED**.

3. The Clerk of Court shall **CLOSE** this case.

                                  /s/ William J. Nealon
                              United States District Judge

Dated: September 27, 2013

FILED
SCRANTON
SEP 27 2013
PER _____
DEPUTY CLERK